IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 3 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| DONALD JOSEPH WEST, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:06-CV-0336 |
| § | |
| ALBERTO R. GONZALES, Attorney § | |
| General of the United States, and § | |
| § | |
| EDWARD F. REILLY, JR., Chairman, § | |
| United States Parole Commission, § | |
| § | |
| Respondents. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner. On April 9, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed as moot or, alternatively, for want of prosecution. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED as moot.

IT IS SO ORDERED.

ENTERED this _23rd_ day of _April_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE